UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ISIAH LANG
(#121747)

VERSUS

SHERIFF RANDY MAXWELL
and JAMES D. CALDWELL, JR.

CIVIL ACTION

NO. 11-363-BAJ-SCR

**RULING**

The Coourt has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Reidlinger dated June 7, 2011 (doc. 4). Plaintiff has filed an objection (doc. 5) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the petition for habeas corpus relief, filed by Isiah Lang, is hereby denied.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 29, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA